IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| PETER R. TIA, #A101342, | ) CIV. NO. 13-00335 DKW/BMK |
| Plaintiff, | ) ORDER DENYING MOTION FOR ) RECONSIDERATION |
| vs. | ) |
| JASON AKASAKI, et al., | ) |
| Defendants. | ) |

# ORDER DENYING MOTION FOR RECONSIDERATION

On September 9, 2013, the court dismissed Plaintiff's first amended complaint and this action for Plaintiff's failure to state a claim. *See* Order Dismissing First Amended Complaint and Action, ECF No. 11 ("September 9 Order"). Plaintiff now seeks reconsideration of the September 9 Order, alleging the court failed to take notice of the five exhibits he submitted with his amended complaint before dismissing the case.[1]

Plaintiff is mistaken. The court carefully reviewed Plaintiff's first amended complaint and heavily relied on Plaintiff's Exhibit 3, ECF No. 10-3, when it dismissed this action. Indeed, the court repeatedly refers to Plaintiff's

---

[1] Plaintiff also refers to his September 11, 2013 Motion for Appointment of Counsel. Plaintiff is notified that Magistrate Judge Puglisi denied his request for counsel on September 17, 2013. ECF No. 14.

Exhibit 3 throughout the September 9 Order.  Plaintiff's exhibits clearly support the court's decision that Defendants did not violate federal standards of due process or any other constitutional rights Plaintiff possesses when they successfully sought his involuntary medication with antipsychotic drugs.

Plaintiff provides no other persuasive reason for the court to reconsider its decision.  He sets forth no intervening change in controlling law, new evidence, or need to correct clear error or prevent manifest injustice.  *See White v. Sabatino*, 424 F. Supp. 2d 1271, 1274 (D. Haw. 2006) (citing *Mustafa v. Clark County Sch. Dist.*, 157 F.3d 1169, 1178-79 (9th Cir. 1998)).  Plaintiff's request for reconsideration of the September 9 Order is DENIED.

IT IS SO ORDERED.

DATED:  Honolulu, Hawaii, September 20, 2013.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

Peter R. Tia v. Jason Akasaki; Civ. No. 13-00335 DKW-BMK; ORDER DENYING MOTION FOR RECONSIDERATION

*Tia v. Akasaki, et al.*, 13-00335 DKW/RLP; G:\docs\DKW shared\Pro Se Atty\Tia 13-335 DKW (frcp 59, cons. exhs).wpd